**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:              July 10, 2007
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Kathy Terasaki

_____

Civil Action No. 07-cv-00456-RPM

TIMOTHY J. RUSSELL and                                      Philip J. Giacinti, Jr.
ANITA L. RUSSELL,

     Plaintiffs,

v.

UNITED STATES OF AMERICA and                                Philip Blondin
HOLY WILLIAMS, Public Trustee of El Paso County,

     Defendants.
_____

### COURTROOM MINUTES
_____

**Hearing on Motion to Dismiss**

**3:30 p.m.      Court in session.**

Court's preliminary remarks and its understanding of the case.

3:34 p.m.      Argument by Mr. Blondin.

3:46 p.m.      Argument by Mr. Giacinti.

3:49 p.m.      Rebuttal argument by Mr. Blondin.

**ORDERED:   United States' Motion to Dismiss Plaintiffs' Complaint, filed May 4, 2007 [4], is denied.**

**ORDERED:   Judgment on the pleading announced.**

**ORDERED:   Plaintiff shall submit an affidavit with respect to redemption amount.**

**3:52 p.m.      Court in recess.**

Hearing concluded.  Total Time: 22 min.