IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  07-cv-00456-RPM

TIMOTHY J. RUSSELL and
ANITA L. RUSSELL,

        Plaintiff,

v.

UNITED STATES OF AMERICA and
HOLY WILLIAMS, Public Trustee of El Paso County,

        Defendants.
_____

ORDER DENYING DEFENDANT'S MOTION TO STAY
_____

        The defendant United States of America filed a notice of appeal on October 11, 2007, from this Court's final judgment entered on August 17, 2007.  It also filed a motion for stay of operation or enforcement of the judgment.  Because the appeal does not in the opinion of this Court present a likelihood that the judgment will be reversed on appeal and because the plaintiffs will sustain substantial hardship by risking a substantial decrease in the value of the property during the pendency of an appeal and the government has the clear choice of protecting its lien by redemption from the foreclosure sale, it is

        ORDERED that the defendant's motion to stay is denied.

        DATED: October 18th, 2007

                              BY THE COURT:
                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior Judge