IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00456-RPM

TIMOTHY J. RUSSELL and
ANITA L. RUSSELL,

        Plaintiff,

v.

UNITED STATES OF AMERICA and
HOLY WILLIAMS, Public Trustee of El Paso County,

        Defendants.
_____

ORDER VACATING JUDGMENT AND FOR DISMISSAL
_____

As directed by the Tenth Circuit Court of Appeals, it is

ORDERED that the Judgment on the Pleadings entered on August 17, 2007, is vacated and this civil action is dismissed.

DATED: February 11th, 2009

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge